MICHAEL N. BEEDE, ESQ.
Nevada Bar No. 13068
JAMES W. FOX, ESQ.
Nevada Bar No. 13122
**THE LAW OFFICE OF MIKE BEEDE, PLLC**
2470 St. Rose Pkwy., Ste. 307
Henderson, NV 89074
eservice@legalLV.com
Telephone (702) 473-8406
Facsimile (702) 832-0248
*Attorney for Susan Patchen, The Eagle and The Cross, LLC, and A Accountable Carpet Care*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, and FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>                              Plaintiff,<br><br>v.<br><br>CANYON WILLOW TROP OWNERS' ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; SUSAN PATCHEN; THE EAGLE AND THE CROSS, LLC; and A ACCOUNTABLE CARPET CARE<br><br>                              Defendants. | CASE NO. 2:17-cv-01581-APG-DJA<br><br><br>**STIPULATION AND**<br>                              **ORDER TO**<br>**AMEND COUNTERCLAIM** |
| SUSAN PATCHEN; THE EAGLE AND THE CROSS, LLC; and A ACCOUNTABLE CARPET CARE,<br><br>                              Counterclaimants,<br><br>v.<br><br>NATIONSTAR MORTGAGE, LLC; DIANA L. WHITE; and FEDERAL NATIONAL MORTGAGE ASSOCIATION<br><br>                              Counter-defendants | |

Defendants/Crossclaimants Susan Patchen, The Eagle and The Cross, LLC, and A Accountable Carpet Care (hereafter, collectively "Defendants") by and through their attorneys of record, Michal N. Beede, Esq. and James W. Fox, Esq., of The Law Office of Mike Beede, PLLC,

and Plaintiffs/Counter-Defendants Nationstar Mortgage LLC and Federal National Mortgage Association (herafter, collectively, "Plaintiffs"), by and through their attorneys of record, Melanie D. Morgan Esq. and Tenesa S. Powell, Esq., of Akerman, LLP, and Defendant Canyon Willow Trop Owners' Association , by and through its attorneys of record, Megan H. Hummel, Esq. and Amanda A. Ebert Esq., of Lipson Neilson, P.C. stipulate and agree to the following:

1. Defendants' Susan Patchen, The Eagle and The Cross, LLC, and A Accountable Carpet Care filed their Answer to First Amended Complaint and Counterclaim (ECF No. 24) on October 21, 2019.

2. Defendants' named previous owner Diana L. White as a Counter-Defendant.

3. When Defendants' attempted to serve Ms. White a copy of the Summons (ECF No. 31) and Answer to First Amended Complaint and Counterclaim (ECF No. 24), Defendants' were informed that Ms. White was deceased.

4. The parties hereto stipulate to add The Estate of Diana L. White and Any Unknown Heirs as additional Counter-Defendants.

5. Per the Scheduling Order (ECF No. 33), "all motions to amend the pleadings or add parties shall be filed by not later than **February 7, 2020…**"

///
///
///
///
///
///
///
///
///
///
///
///
///
///

6. Defendants' proposed first amended counterclaim attached hereto as Exhibit 1 shall be filed with this court.

DATED this 11th day of December, 2019.    DATED this 10th day of December, 2019.

THE LAW OFFICE OF MIKE BEEDE, PLLC    AKERMAN LLP

By:*/s/ James W. Fox*    By:*/s/ Tenesa S. Powell*
   MICHAEL BEEDE, ESQ.       MELANIE D. MORGAN, ESQ.
   Nevada Bar No. 13068       Nevada Bar No. 8215
   JAMES W. FOX, ESQ.       TENESA S. POWELL, ESQ.
   Nevada Bar No. 13122       Nevada Bar No. 12488
   2470 St. Rose Pkwy, Suite 307       1635 Village Center Circle, Suite 200
   Henderson, NV 89074       Las Vegas, NV 89134
   T: 702-473-8406       T: 702-634-5000
   *Attorney for Susan Patchen, The Eagle*   *Attorneys for Nationstar Mortgage*
   *and The Cross, LLC, and A Accountable*  *LLC and Federal National Mortgage*
   *Carpet Care*       *Association*

DATED this 10th day of December, 2019.

LIPSON NEILSON P.C.

By:*/s/ Megan H. Hummel*
   MEGAN H. HUMMEL, ESQ.
   Nevada Bar No. 12404
   AMANDA A. EBERT, ESQ.
   Nevada Bar No. 12731
   9900 Covington Cross Drive, Suite 120
   Las Vegas, NV 89144
   T: 702-382-1500
   *Attorneys for Canyon Willow Trop*
   *Owners' Association*

## ORDER

The Court, having reviewed the stipulation of the parties, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Defendants' are permitted to amend their Counterclaims to include The Estate of Diana L. White and Any Unknown Heirs as additional Counter-Defendants. The Amended Complaint attached hereto as Exhibit 1 shall be filed with this Court.

**IT IS SO ORDERED.**

Dated this 12th day of December, 2019.

_____
Daniel J. Albregts
United States Magistrate Judge

Submitted by:

THE LAW OFFICE OF MIKE BEEDE, PLLC

By:/s/ James W. Fox
MICHAEL BEEDE, ESQ.
Nevada Bar No. 13068
JAMES W. FOX, ESQ.
Nevada Bar No. 13122
2470 St. Rose Pkwy, Suite 307
Henderson, NV 89074
T: 702-473-8406
*Attorney for Susan Patchen, The Eagle and The Cross, LLC, and A Accountable Carpet Care*

4

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and that I am not a party to, not interested in, this action. On the 11th day of December, 2019, I caused a true and correct copy of the foregoing **STIPULATION AND [PROPOSED] ORDER TO AMEND COUNTERCLAIM** to be served to all parties in this litigation by the method indicated:


\_\_\_ U.S. Mail

\_\_\_ U.S. Certified Mail

\_\_\_ Facsimile Transmissions

\_\_\_ Federal Express

_X_ Electronic Service via CM/ECF
\_\_\_ E-Mail

_/s/ Michael Madden_____
An Employee of The Law Office of Mike Beede, PLLC