MICHAEL N. BEEDE, ESQ.
Nevada Bar No. 13068
JAMES W. FOX, ESQ.
Nevada Bar No. 13122
**THE LAW OFFICE OF MIKE BEEDE, PLLC**
2470 St. Rose Pkwy, Suite 307
Henderson, NV 89074
T: 702-473-8406
F: 702-832-0248
eservice@LegalLV.com
*Attorney for Defendants, Susan Patchen, The Eagle and The Cross, LLC, and A Accountable Carpet Care*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, and FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>    Plaintiff,<br><br>v.<br><br>CANYON WILLOW TROP OWNERS' ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; SUSAN PATCHEN; THE EAGLE AND THE CROSS, LLC; and A ACCOUNTABLE CARPET CARE<br><br>    Defendants. | CASE NO. 2:17-cv-01581-APG-DJA<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO ENLARGE TIME FOR SERVICE OF PROCESS AND FOR AN ORDER FOR SERVICE BY PUBLICATION** |
| SUSAN PATCHEN; THE EAGLE AND THE CROSS, LLC; and A ACCOUNTABLE CARPET CARE,<br><br>    Counterclaimants,<br><br>v.<br><br>NATIONSTAR MORTGAGE, LLC; DIANA L. WHITE; and FEDERAL NATIONAL MORTGAGE ASSOCIATION; THE ESTATE OF DIANA L. WHITE AND ANY UNKNOWN HEIRS<br><br>    Counter-defendants | |

**IT IS ORDERED** that the Defendants/Counterclaimants Susan Patchen; The Eagle and The Cross; and A Accountable Carpet Care be granted an additional 90 days to serve Counter-Defendants Diana L. White and The Estate of Diana L. White and Any Unknown Heirs; and

**IT IS FURTHER ORDERED**, that the Counter-Defendants may be served by Publication of the Summons, and First Amended Counterclaim at least once a week for four (4) consecutive weeks in a newspaper of general circulation, Nevada Legal News, published in Clark County, Nevada.

Dated this 5th day of February, 2020.

_____
Daniel J. Albregts
United States Magistrate Judge